CHIESA SHAHINIAN & GIANTOMASI PC
Melissa A. Salimbene, Esq.
11 Times Square, 34th Floor
New York, New York 10036
msalimbene@csglaw.com
973.530.2092
*Attorneys for Plaintiffs*
*Manhead, LLC and Lace Up, LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MANHEAD, LLC and LACE UP, LLC, | Civil Action No.: 1:21-cv-07617-RA |
| Plaintiffs, | |
| v. | **ORDER DIRECTING RELEASE OF FUNDS** |
| JOHN DOES 1-100, JANE DOES 1-100, and XYZ COMPANIES 1-100, | |
| Defendants. | |

This matter having been opened to the Court by way of Order to Show Cause on behalf plaintiffs Manhead, LLC ("Manhead") and Lace Up, LLC (collectively "Plaintiffs") by and through their counsel, Chiesa Shahinian Giantomasi PC, and this Court having entered an order of preliminary injunction and order of seizure on September 28, 2021, and that injunction having by its own terms expired on December 18, 2021, and the matter having been disposed of by the Court pursuant to Plaintiffs having filed a voluntary dismissal of his matter without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), and no defendants having appeared by answer or otherwise, and good cause appearing.

It is on this 21st day of December, 2021;

**ORDERED** that the funds in the amount of $20,000 paid into the United States District Court for the Southern District of New York on September 14, 2021 by Plaintiff Manhead as

4889-2731-4438

security for an injunction pursuant to the Court's September 13, 2021 Order shall be released to Manhead, LLC, plus interest that may have accrued (if any).

**IT IS FURTHER ORDERED** that the Clerk is directed to issue a check payable to "Manhead, LLC" in the amount of $20,000, plus interest that may have accrued (if any), and to mail that check to Manhead's counsel, Melissa A. Salimbene, Esq., Chiesa Shahinian Giantomasi PC, 11 Times Square, 34th Floor, New York, New York 10036.

**IT IS FURTHER ORDERED** that Plaintiffs are authorized to destroy or otherwise dispose of all infringing merchandise seized pursuant to the Orders of the Court issued on September 13, 2021 and September 28, 2021 in this matter.

_____
HON. RONNIE ABRAMS, U.S.D.J.

Dated:   New York, New York
         December 21, 2021